UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LANA SCHUTTE,
    Plaintiff,

vs.                                CASE NO. 8:04-CIV-1000-T-17-MAP

CONTINENTAL CASUALTY COMPANY
and NORTHERN TRUST CORPORATION,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Mark A. Pizzo on June 8, 2005 (Docket No. 35). The magistrate judge recommended that the Court deny the plaintiff's motion for summary judgment (Docket No. 24); grant defendant Continental Casualty Company's motion for summary judgment (Docket No. 27) and enter judgment thereon; and grant defendant Northern Trust Corporation's motion for summary judgment (Docket No. 29), and, since they are not a proper party, they should be dismissed from the action.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). Objections were due to be filed by June 27, 2005, but to date none have been filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with

CASE NO. 8:04-CIV-1000-T-17-MAP

respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, dated June 8, 2005 (Docket No. 35) be **adopted** and **incorporated by reference**; the plaintiff's motion for summary judgment (Docket No. 24) be **denied**; the defendant Continental Casualty Company's motion for summary judgment (Docket No. 27) be **granted** and the Clerk of Court is **directed to** enter judgment for defendant Continental and against the plaintiff; defendant Northern Trust Corporation's motion for summary judgment (Docket No. 29) be **granted** and, since they are not a proper party, they are **dismissed** from the action; and the Clerk of Court is **directed** to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 30th day of June, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge